UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  2:17-cv-14167-RLR

BRENDA J. HOWE, *on behalf of herself
and all others similarly situated*,

      Plaintiff,

v.

RECEIVABLES PERFORMANCE MANAGEMENT, LLC,
*a Washington State Limited Liability Company,*

      Defendant.
_____/

## RULE 26 INITIAL DISCLOSURES

Plaintiff, Brenda Howe, hereby discloses the following pursuant to *Federal Rule of Civil Procedure 26(a)(1);*

**A(i).  Individuals reasonably likely to have information that bears significantly on the claims and defenses, identifying the subject of information.**

    **ANSWER:**   Disclosing Plaintiff currently believes that the following individuals may have information relevant to the facts asserted in the pleadings:

1. Brenda Howe, Plaintiff
   c/o Leo W. Desmond, Esq.
   DESMOND LAW FIRM, P.C.
   5070 Highway A1A, Suite D
   Vero Beach, Florida 32963

2. Corporate Representative(s) of,
   Receivables Performance Management, LLC, Defendant
   c/o Charles J. McHale, Esq.
   GOLDEN SCAZ GAGAIN, PLLC
   201 North Armenia Avenue
   Tampa, Florida 33609-2303

**A(ii).  A general description, including location of all documents, data, compilations, and tangible things in possession, custody or control of that party that are likely to bear significantly on the claims and defenses.**

    **ANSWER:**  Pleadings, exhibits and other papers heretofore filed in the instant case. Plaintiff is in possession of no other information at this time; however, her investigation into this matter is continuing.

**A(iii).  Computation of each category of damages claimed by the disclosing party.**

    **ANSWER:**  Plaintiff is seeking (i) statutory damages of $1,000.00 pursuant to *15 U.S.C. §1692k(a)(2)(A),* (ii) such amount as the Court may allow for all other Class members, without regard to a minimum individual recovery, not to exceed the lesser of $500,000.00 or 1 per centum of the net worth of Defendant, as yet to be determined, and (iii) the costs of the action, together with reasonable attorney fees as determined by the Court.

**A(iv).  The existence of any contents of any insurance agreement under which any person or entity carrying on any insurance business may be liable to satisfy part of all of the judgment that may be entered in the action, or indemnify or reimburse for payments made to satisfy the judgment, making available such agreement for inspection and copying under Local Civil Rules 26.1.**

    **ANSWER:**  None as it relates to Plaintiff. Plaintiff is unaware of whether Defendant has an insurance policy that may be liable to satisfy part or all of the judgment that may be entered in this current action.

Disclosing Plaintiff reserves the right to supplement this Disclosure Statement as required by the applicable Federal Rules of Civil Procedure.

Dated: January 25, 2018.

                                    Respectfully submitted,

                                    */s/ Leo W. Desmond*
                                    Leo W. Desmond, Esquire
                                    Florida Bar Number 0041920

DESMOND LAW FIRM, P.C.
5070 Highway A1A, Suite D
Vero Beach, Florida 32963
Telephone: 772.231.9600
Facsimile:   772.231.0300
lwd@desmondlawfirm.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that the foregoing document is being served this 25th day of January 2018, on all counsel of record or pro se parties identified on the Service List below either email or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Respectfully submitted,

*/s/ Leo W. Desmond*
Leo W. Desmond, Esquire
Florida Bar Number 0041920
DESMOND LAW FIRM, P.C.
5070 Highway A1A, Suite D
Vero Beach, Florida 32963
Telephone: 772.231.9600
Facsimile:   772.231.0300
lwd@desmondlawfirm.com
*Attorney for Plaintiff*

**SERVICE LIST**
Charles J. McHale, Esquire
Florida Bar No.: 0094080
GOLDEN SCAZ GAGAIN, PLLC
201 North Armenia Avenue
Tampa, Florida 33609-2303
Telephone: 813.251.5500
Facsimile:  813.251.3675
cmchale@gsgfirm.com
*Attorney for Defendant*