UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 2:17-cv-14167-ROSENBERG/MAYNARD

BREANDA J. HOWE,

    Plaintiff,

v.

RECEIVABLES PERFORMANCE
MANAGEMENT, LLC, *a Washington
State Limited Liability Company*,

    Defendant.
_____/

## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58 and this Court's Order Granting Defendant's Motion for Summary Judgment, DE 78, **FINAL JUDGMENT** is hereby **ENTERED** in favor of Defendant Receivables Performance Management, LLC, and against Plaintiff Brenda J. Howe.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 1st day of April, 2019.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to: Counsel of Record