**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.  2:17-CV-14167-ROSENBERG/MAYNARD**

BRENDA J. HOWE,

      Plaintiff,

v.

RECEIVABLES PERFORMANCE
MANAGEMENT, LLC,

      Defendant.

_____/

## <u>ORDER OF DISMISSAL</u>

Pursuant to the Order of Dismissal of the United States Court of Appeals for the Eleventh

Circuit [DE 84], this action is **DISMISSED WITHOUT PREJUDICE**.

      **DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 4th day of

September, 2020.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to: Counsel of Record